PER CURIAM.

(No. 74-CC-204— )

BYRD WATSON DRUG CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed November 12, 1974.*

BYRD WATSON DRUG CO., Claimant, pro se.

178

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-232—

HOLIDAY INN OF MACOMB, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed November 12, 1974.*

HOLIDAY INN OF MACOMB, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.